**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARK GEMMELL,

    Plaintiff,

    v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No. 1:23-cv-03193

Judge Matthew F. Kennelly

**DEFENDANT NO. 115'S UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant No. 115 (Shaoxing Tengxiao Import And Export Co., Ltd.) ("Defendant"), through its attorneys and with the consent of Plaintiff's counsel, respectfully submits this motion for an order extending the date for Defendant to respond to the Complaint (Dkt. 1) by ninety (90) days, to and including September 18, 2023. In support of its motion, Defendant states as follows:

1.    On May 22, 2023, Plaintiff filed its Complaint.

2.    Defendant retained counsel on or about June 12th, 2023.

3.    Defendant agrees, through its counsel, to accept service of the Summons and Complaint. and requests an extension of time to answer or otherwise respond to Plaintiff's Complaint by ninety (90) days from the current deadline, to and including September 18, 2023, so that Defendant has sufficient time to investigate and respond to the allegations and so that the parties may continue settlement discussions.

4.    Counsel for Defendant has conferred with counsel for Plaintiff, and Plaintiff does not oppose Defendant's request.

1

5.   This is Defendant's first request for an extension.

6.   No party will be prejudiced by the requested extension of time.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court enters an order allowing Defendant No. 115 (Shaoxing Tengxiao Import And Export Co., Ltd.) through and including September 18, 2023 to answer or otherwise respond to the Complaint.


Dated: June 16, 2023       Respectfully Submitted,

                **Defendant No. 115 (Shaoxing Tengxiao Import And Export Co., Ltd.)**

                By: /s/ Hua Chen


                Hua Chen
                SCIENBIZIP, P.C.
                550 S. Hope Street, Suite 2825
                Los Angeles, California 90071
                Telephone: (213) 426-1771
                huachen@scienbizippc.com